UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACI FOSTER,<br><br>          Plaintiff,<br><br>   v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No.  15-cv-00486-BLF<br><br>**CASE MANAGEMENT ORDER** |

On June 4, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | 06/24/2016 at 9:00 am |

United States District Court
Northern District of California

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated

6    proposed discovery schedule to trial.

7

8    Dated:  June 4, 2015

9

10   _____
     BETH LABSON FREEMAN
     United States District Judge

11

United States District Court
Northern District of California